Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff

Jonathon M. Watson, SBN 333845
jmwatson@spencerfane.com
Joseph Hunt, CO 19752 (pro hac vice application forthcoming)
jhunt@spencerfane.com
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (303) 839-3734
Facsimile: (303) 839-3838

Brian R. Markley, MO 46801(pro hac vice application forthcoming)
brian.markley@spencerfane.com
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone:  (816) 474-8100
Facsimile:   (816) 474-3216

Attorneys for Defendant Orlando Bathing Suit, LLC d/b/a/ Everything But Water

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL REDICK,<br><br>  Plaintiff,<br><br>  v.<br><br>ORLANDO BATHING SUIT, LLC, et al.,<br><br>  Defendants. | Case No. 2:21-CV-06578-PA-KK<br><br>**Joint Motion for Entry of Consent Decree** |

Plaintiff Crystal Redick and defendant Orlando Bathing Suit, LLC jointly

- 1 -

JOINT MOTION FOR ENTRY OF CONSENT DECREE

move the Court to enter the proposed Consent Decree attached as Exhibit A and in support state as follows:

1. On August 13, 2021, Plaintiff filed the Complaint in this action against defendant under the Americans with Disabilities Act and the Unruh Civil Rights Act regarding alleged accessibility barriers to defendant's website.

2. Plaintiff and defendant have engaged in good faith negotiations regarding a settlement of plaintiff's claims against defendant.  As a result of these negotiations, the parties have reached a settlement agreement (without an admission of liability by defendant).  One aspect of the settlement is to request entry of the proposed Consent Decree, under which defendant agrees to use reasonable efforts to make its website substantially in conformity with the Web Content Accessibility Guidelines 2.1 Level AA no later than twenty-four (24) months from the date of entry of the proposed Consent Decree.

3. In addition, the proposed Consent Decree provides a dispute resolution procedure whereby plaintiff and intended third-party beneficiaries may have their concerns with respect to the accessibility of the website addressed, as well as any claim that defendant has breached the Consent Decree, without the need for the Court's involvement.  The terms of this Consent Decree shall commence as of the date on which it is entered on the Court's docket, and it will remain in effect for a period of forty-eight (48) months.

4. Plaintiff and defendant have also entered into a separate Settlement

Agreement and Release of Claims resolving all other aspects of plaintiff's claims.

     5.    In light of these efficiencies and pursuant to the settlement agreement, the parties respectfully request the Court enter the proposed Consent Decree.

Dated: November 19, 2021        Respectfully submitted,

By  */s/Thiago M. Coelho*
Thiago M. Coelho
WILSHIRE LAW FIRM
Attorneys for Plaintiff

and

By  */s/Jonathan Watson*
Jonathan Watson
Joseph Hunt
Brian R. Markley
SPENCER FANE LLP
Attorneys for Defendant